UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | MAGISTRATE NO. 08-0033M-01 (CR) |
| | : | |
| **JAMES SAMPSON,** | : | VIOLATIONS: |
| | : | 18 U.S.C. §2252(a)(1), (b)(1) and § 2256 |
| Defendant. | : | (Transporting or Shipping Material |
| | : | Involving Sexual Exploitation of Minors); |
| | : | 22 D.C. Code § 3010(b) |
| | : | (Enticing a Child) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about November 14, 2007, within the District of Columbia and elsewhere, the defendant, James Sampson, knowingly transported and shipped in interstate and foreign commerce by any means, including by computer and mails, a visual depiction, that is, a video file titled "a 5 yr. old getting fucked," the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

(**Transporting or Shipping Material Involving Sexual Exploitation of Minors**, in violation of Title 18, United States Code, Sections 2252(a)(1), (b)(1) and 2256)

### COUNT TWO

2. Between on or about November 6, 2007 and January 15, 2008, within the District of Columbia and elsewhere, **JAMES SAMPSON**, being more than four years older than the purported age of a person representing himself to be a female child under 16 years of age, that is, 12 years of

age, attempted to seduce, entice, allure, convince, and persuade that purported child to engage in a sexual act, that is penetration of the purported child's vagina by Sampson's penis.

(**Enticing a Child**, in violation of 22 D.C. Code, Section 3010(b)) (2001 ed.)

                JEFFREY A. TAYLOR
                United States Attorney
                Bar No. 498610

BY: _____
      JULIEANNE HIMELSTEIN
      Assistant United States Attorney
      Bar No.  417136
      Federal Major Crimes Section
      555 4th Street, N.W., Room 4832
      Washington, DC 20530
      (202) 514-8203
      julieanne.himelstein@usdoj.gov