UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JAMES SAMPSON

Criminal No.: 08-84 (RMC)

**FILED**
APR 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

*James Sampson*
Defendant

*Thomas Key*
Counsel for Defendant

I consent:
_____
Assistant United States Attorney

APPROVED:

*Rosemary M. Collyer*
Rosemary M. Collyer
United States District Judge

Dated: 4/21/08