UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JAMES SAMPSON

Criminal No. 08-84 (RMC)

**FILED**
APR 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF INDICTMENT**

I, _JAMES SAMPSON_, the above named defendant, who is accused of:

**18 U.S.C. §2252(a)(1), (b)(1) and § 2256 (Transporting or Shipping Material Involving Sexual Exploitation of Minors); 22 D.C. Code § 3010(b) (Enticing a Child)**

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on **April 21, 2008,** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Rosemary M. Collyer
United States District Judge

4/21/08